IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 06 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01024-BNB

JUANITA ANGELA WHITAKER,

Plaintiff,

v.

COLO. MENTAL HEALTH INSTITUTE AT PUEBLO, and
KEITH EDWARD HONSBEHN,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Juanita Angela Whitaker, is an outpatient at the Colorado Mental Health Institute at Pueblo (CMHIP) who currently resides in Pueblo, Colorado. Ms. Whitaker initiated this action by filing a *pro se* Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In the Complaint, Plaintiff challenges her continued status as an outpatient at CMHIP and asserts that Defendant Keith Edward Honsbehn, an employee at CMHIP, has assaulted her and continues to mentally and physically abuse her. Ms. Whitaker contends, however, that she has been in a relationship with Defendant Honsbehn for the past four years, but the relationship is based on fear and mental coercion and is the reason why she is not considered for either conditional or unconditional release. Plaintiff seeks money damages and an apology from Defendant Honsbehn.

The Court must construe the Complaint liberally because Ms. Whitaker is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act

as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. Whitaker will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint and has determined that it is deficient because the Complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the Court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).

Specifically, Rule 8(a) requires that a complaint "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1) which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Whitaker fails to set forth a short and plain statement of the grounds on which the Court's jurisdiction depends. In other words, she fails to cite the statutory authority that allows this Court to consider the claims she is asserting in this action.

2

A decision to dismiss a pleading pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The Court finds that the Complaint does not meet all of the requirements of Fed. R. Civ. P. 8(a) and that Ms. Whitaker should be given an opportunity to file an Amended Complaint. Accordingly, it is

ORDERED that Ms. Whitaker file, **within thirty days from the date of this Order**, an Amended Complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this Order and that states the statutory authority for the claims she asserts. It is

FURTHER ORDERED that the Clerk of the Court mail to Ms. Whitaker, together with a copy of this Order, two copies of a current Court-approved Complaint form. It is

FURTHER ORDERED that if Ms. Whitaker fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED June 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01024-BNB

Juanita Angela Whitaker
2038 Kachina Drive
#10
Pueblo, CO 81008

    I hereby certify that I have mailed a copy of this **ORDER and two copies of the Complaint** to the above-named individuals on 6/4/08.

                              GREGORY C. LANGHAM, CLERK

                    By: _____
                                  Deputy Clerk